UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS F. TULLOS,

    Plaintiff,

v.

CRAIG HUTCHINSON, et al.,

    Defendants.
_____/

Case No.: 1:12-cv-144

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 67). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant Stieve's motion for summary judgment (ECF No. 12) is **GRANTED**. All of plaintiff's claims against defendant Stieve are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motion for summary judgment (ECF No. 39) is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for summary judgment by defendants Hutchinson and Ingraham (ECF No. 46) is **GRANTED**.

Dated: April 15, 2013

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge