UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS F. TULLOS,

    Plaintiff,

v.

                      Case No. 1:12-cv-144

                      HONORABLE PAUL L. MALONEY

CRAIG HUTCHINGSON, et al.,

    Defendants,
_____/

## **JUDGMENT**

    Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff.

Date:  April 15, 2013                               /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District